UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONNIE SLEDGE,

                            Plaintiff,

            v.                                          9:04-cv-1311

DOCTOR KOOI,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Plaintiff brought this pro se civil rights action against Defendant pursuant to 42 U.S.C § 1983.  The matter was referred to the Hon. George H. Lowe, United State Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  Magistrate Judge Lowe filed his Report-Recommendation on February 12, 2007, recommending that Defendant's motion for summary judgment be granted.  Plaintiff timely filed objections to the Report-Recommendation.

When objections to a magistrate judge's Report-Recommendation are lodged, the Court makes a "de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  See 28 U.S.C. § 636(b)(1).  After such a review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."  Id.

Having reviewed the record de novo and having considered the issues raised in Plaintiff's objections, this Court has determined to adopt the Report-Recommendation of Magistrate Judge George H. Lowe for the reasons stated therein.

It is therefore ORDERED that Defendant's Motion for Summary Judgment be GRANTED.

IT IS SO ORDERED.

Dated:    March 28, 2007

Thomas J. McAvoy
Senior, U.S. District Judge