# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Ronnie Sledge**

    vs.

**Doctor Kooi**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:04-CV-1311

\_\_\_\_  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT HAS BEEN GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 28, 2007.

Dated:  March 28, 2007

Clerk of Court

  s/S. Potter
By:  Deputy Clerk